IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-1979-GPG

**TROY DAVIS**,

    Plaintiff,

v.

**COMMUNITY EDUCATION CENTERS, INC.,** in Colorado Springs, Colorado doing business as Cheyenne Mountain Re-Entry Center;
**RENAE JORDAN**, Director of Clinical and Correctional Services, in her individual capacity;
**Robert Allen**, Associate Director, Private Prisons Monitoring Unit, in his individual capacity;
**William Wright**, M.D., in his individual capacity;
**Mary A. Carnell**, R.N., in her individual capacity;
**Diane Jensen**, R.N., in her individual capacity;
**Chaundra Pettus**, L.P.N., in her individual capacity; and
**Johnson**, Lieutenant, in her individual capacity,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.  See D.C.COLO.LCivR 40.1(a).  Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED September 14, 2015, at Denver, Colorado.

                        BY THE COURT:

                        S/ Gordon P. Gallagher

                        Gordon P. Gallagher

United States Magistrate Judge